# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

August 5, 2022

<u>By ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States v. Dhirenkumar Patel*, 22 Cr. 369 (VSB)

Dear Judge Broderick:

    As Your Honor knows, we represent Dhirenkumar Patel in the above-captioned case. We write to respectfully request that the Court extend the deadline for Mr. Patel to secure two co-signers for his appearance bond from August 6, 2022 to August 12, 2022. The government consents to this request.

    Under the terms of his release, Mr. Patel's appearance bond must be signed by two co-signers by August 6, 2022. Mr. Patel identified two such persons, both of whom have already been interviewed by the government. We respectfully request that the Court extend the deadline for co-signers to sign until August 12 so that the government may have adequate time to complete the approval process.

    We thank the Court for its consideration of this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: /s/ Edward Y. Kim
Edward Y. Kim
Varun A. Gumaste

cc: AUSA Noah Solowiejczyk
    AUSA Richard Cooper

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  08/17/22

The parties should provide the Court with a status update regarding whether the co-signers have signed the appearance bond and whether the Government has completed the approval process.