# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

January 9, 2023

<u>By ECF</u>

The Honorable Vernon S. Broderick  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

APPLICATION GRANTED  
SO ORDERED  
VERNON S. BRODERICK  
U.S.D.J.   01/10/2023

Re:  *United States v. Dhirenkumar Patel*, 22 Cr. 369 (VSB)

Dear Judge Broderick:

      As Your Honor knows, we represent Dhirenkumar Patel in the above-captioned case. We write to respectfully request that the Court adjourn the sentencing control date for Mr. Patel by approximately six months. The government consents to this request.

      On July 7, 2022, Mr. Patel pled guilty to all four counts in the Information. At the time, Your Honor set a control date of January 6, 2023. The parties now wish to adjourn the control date by approximately six months to on or about July 6, 2023, in part because a related case, *U.S. v. Bhardwaj*, 22 Cr. 398 (GHW), remains unresolved.

      We thank the Court for its consideration of this request.

Respectfully submitted,  
KRIEGER KIM & LEWIN LLP

By: _____  
Edward Y. Kim  
Varun A. Gumaste

cc: AUSA Noah Solowiejczyk