# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KriegerLewin.com

June 22, 2024

By ECF

The Honorable Vernon S. Broderick  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**APPLICATION GRANTED**  
**SO ORDERED** /s/ Vernon Broderick  
**VERNON S. BRODERICK**  
**U.S.D.J.** 06/25/2024

Re:   *United States v. Dhirenkumar Patel*, 22 Cr. 369 (VSB)

Dear Judge Broderick:

     We represent Dhirenkumar Patel, the defendant in the above-referenced case. On May 17, 2024, your Honor sentenced Mr. Patel to time served and a two-year term of supervised release, in addition to forfeiture. ECF No. 36. We have been recently informed by the United States Probation Office that a court order is required before Mr. Patel's passport is returned. Accordingly, we respectfully request that this Court authorize the return of Mr. Patel's passport, which he surrendered as a condition of bail. Counsel for the government and Mr. Patel's probation officer do not object to this request.

Respectfully submitted,  
KRIEGER LEWIN LLP

By: _____  
Nicholas J. Lewin  
Vlad Shafran

cc:   AUSA Noah Solowiejczyk (by ECF)

SO ORDERED.

Dated:  _____         _____  
       New York, New York                    VERNON S. BRODERICK  
                                          United States District Judge