UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,     :
                 :
    -against-                 :          22-CR-369 (VSB)
                 :
                 :          **ORDER**
DHIRENKUMAR PATEL,         :
                 :
       Defendant.          :
                 :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       WHEREAS, in July 2022, Dhirenkumar Patel posted $17,500.00 to the Clerk of Court as part of the conditions of his pretrial release, and those funds remain on deposit with the Clerk of Court;

       WHEREAS, on May 17, 2024, the Court sentenced Dhirenkumar Patel and ordered him to pay forfeiture in the amount of $423,074.00;

       WHEREAS, the parties have jointly moved pursuant to 28 U.S.C. § 2044 for an order to apply the security currently held by the Clerk of Court to partially satisfy the outstanding forfeiture balance;

       IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $17,500.00 in funds held in the Court's registry on behalf Dhirenkumar Patel to partially satisfy his outstanding forfeiture obligation.

SO ORDERED.

Dated: June 25, 2024
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge